# Exhibit 6

Charted claim:
Method claim:1

| US9819797B2 | SecureLogix - Call Secure™ managed service ("The accused instrumentality") |
|---|---|
| 1. A method comprising: receiving an indication of an incoming call directed to a telephone from a caller at a call control unit communicatively coupled to, or resident within the telephone, the call control unit being between a telecommunication service provider providing the incoming call and the telephone, the incoming call being associated with the caller and a telephone number for the caller; and | The accused instrumentality discloses a method (e.g., call security protection method) comprising receiving an indication of an incoming call (e.g., receiving an unwanted incoming call from the caller) directed to a telephone (e.g., smartphone using Call Secure™ managed service) from a caller (e.g., spam caller, robocaller, etc.) at a call control unit (e.g., Robocall/spam call protection unit of the Call Secure™) communicatively coupled to, or resident within the telephone (e.g., present within the smartphone using Call Secure™ managed service), the call control unit (e.g., Robocall/spam call protection unit of the Call Secure™) being between a telecommunication service provider providing the incoming call and the telephone (e.g., called user smartphone), the incoming call (e.g., unwanted incoming call) being associated with the caller and a telephone number (e.g., caller phone number) for the caller (e.g., the incoming call includes caller name, ID, phone number, etc.).<br><br>As shown, Call secure app includes call control feature for preventing calls from robocallers, spammers, etc. When a caller dials the number to a called user phone, the incoming call is received at the Robocall/spam call blocking unit of the Call secure app installed within the caller user smartphone. The accused instrumentality identifies robocallers, spammers, etc., using the caller information such as caller name, phone number, etc. |



https://securelogix.com/voice-network-security/

## CALL SECURITY +

**The Call Secure™ managed service delivers superhero-level call security protection.**

The Call Secure™ managed service combines the power of cutting-edge technology with the most experienced call security service team in the business. Our proprietary technology sits at the edge of your TDM or SIP voice network and sorts good traffic from bad to reduce unwanted calls and keep your voice network safe and secure from attack. This technology is delivered and managed by our industry-leading team of call security experts who work every day to ensure you and your business always come out on top.

**Benefits**
- Protect against voice network attacks (SIP Security)
- Proactive monitoring of new attacks and malicious calls
- Call fraud, spoofing and robocall protection
- Reduce call spam and unwanted nuisance calls
- Supported by our best-in-class service team

https://securelogix.com/voice-network-security/



https://securelogix.com/voice-network-security/



https://securelogix.com/voice-network-security/



https://securelogix.com/voice-network-security/

|  | <br>https://securelogix.com/voice-network-security/ |
|---|---|
| querying, by the call control unit, a server to determine whether additional information associated with the telephone number and the caller exists, and if so, determining whether the additional information indicates | The accused instrumentality discloses querying, by the call control unit (e.g., (e.g., Robocall/spam call protection unit of the Call Secure™), a server (e.g., server of the accused instrumentality) to determine whether additional information (e.g., additional information such as red list database, etc.) associated with the telephone number (e.g., caller phone number) and the caller exists (e.g., determine whether caller number is present in red list database) and if so, determining whether the additional information indicates that a negative characteristic (e.g., caller number present in red list database indicates a spam or robocall)) is associated with at least one of the caller and the telephone number (e.g., caller phone number) and if so, providing an inquiry (e.g., call screening process) to the caller (e.g., providing puzzles, captchas, etc. for call verification) and, upon receipt of a correct response (e.g., correctly solved puzzles by the caller) to the inquiry (e.g., call screening process), routing the call to the telephone (e.g., forwarding the call to |

| | |
|---|---|
| that a negative characteristic is associated with at least one of the caller and the telephone number and if so, providing an inquiry to the caller and, upon receipt of a correct response to the inquiry, routing the call to the telephone, otherwise, blocking the call. | the called user smartphone), otherwise, blocking the call (e.g., preventing the call upon failed call verification).<br><br>As shown, when the caller dials the number, Robocall/spam call protection unit of the Call Secure™ queries the server to determine whether the caller phone number is present in the red list database, where the red list database is the prebuilt caller profile database including harassing callers profiles to identify and block spam/robocalls. Upon spam call identification, a puzzle is provided to the caller for further call verification and screening process. Upon successful screening process, the call is routed to the called user, otherwise blocked using call filtering technology of the Call Secure™ managed service. |



https://go.securelogix.com/downloads/flyers/call-secure




https://securelogix.com/voice-network-security/

| | |
|---|---|
| | Governments and industry continue to work toward broad implementation of STIR/SHAKEN and its call attestation benefits. STIR/SHAKEN can indeed provide a substantial and credible means to help verify call identity. Even still, broad acceptance of STIR/SHAKEN alone will not solve all of the issues surrounding call identification, security and trust for the enterprise. Many gaps will remain, and enterprise and contact center environments will remain vulnerable to many types of robocalls and spoofed calling attacks.<br><br>A broader architecture and set of technologies for call security and trust is required, along with an intelligent and efficient means to unify and optimize all of it. If properly orchestrated, this broader framework can powerfully lever STIR/SHAKEN across an ecosystem of other industry metadata sets, technology plugins, and industry fraud tools to deliver the most useful call identification results at the lowest cost. This approach extends STIR/SHAKEN to help complete the call verification and security puzzle in a highly affordable and scalable way for the enterprise.<br><br>https://securelogix.com/events/stir-shaken-and-call-verification/ |



https://calleridreputation.com/blog/understanding-how-shaken-tokens-work/

https://calleridreputation.com/blog/understanding-how-shaken-tokens-work/



https://securelogix.com/voice-network-security/



https://securelogix.com/voice-network-security/