# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | | |
|---|---|---|
| Data Fence LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 6:24-cv-00515 |
| Twilio Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Data Fence LLC.

Date:   10/03/2024

/s/ Isaac Rabicoff
*Attorney's signature*

Isaac Rabicoff
*Printed name and bar number*

Rabicoff Law LLC
4311 N Ravenswood Ave Suite 315, Chicago, IL 6061
7736694590
*Address*

isaac@rabilaw.com
*E-mail address*

(773) 669-4590
*Telephone number*

*FAX number*