UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| Data Fence LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Twilio Inc.,<br><br>　　　　　Defendant. | Civil Action No.: 6:24-cv-00515-ADA |

**NOTICE OF AGREED EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO COMPLAINT FOR PATENT INFRINGEMENT**

Defendant Twilio Inc. hereby notifies the Court of its agreement with Plaintiff to extend the time in which Twilio is required to answer, move or otherwise respond to Plaintiff's Complaint by 45 days. Defendant's new deadline to respond to Plaintiff's complaint is December 13, 2024.

Respectfully submitted this 23rd day of October, 2024.

　　　　　　　　　　　　　　　　By:　/s/ Eugene Y. Mar
　　　　　　　　　　　　　　　　　　Eugene Y. Mar (*admitted*)
　　　　　　　　　　　　　　　　　　James L. Day (*admitted*)
　　　　　　　　　　　　　　　　　　Farella Braun + Martel LLP
　　　　　　　　　　　　　　　　　　One Bush Street, 9th Floor
　　　　　　　　　　　　　　　　　　San Francisco, California 94104
　　　　　　　　　　　　　　　　　　Telephone: (415) 954-4400
　　　　　　　　　　　　　　　　　　Facsimile: (415) 954-4480
　　　　　　　　　　　　　　　　　　emar@fbm.com
　　　　　　　　　　　　　　　　　　jday@fbm.com

　　　　　　　　　　　　　　　　　　Attorneys for Twilio Inc.

By: /s/ Isaac Rabicoff (with permission)
Isaac Rabicoff
isaac@rabilaw.com
Rabicoff Law LLC
4311 N. Ravenswood Ave., Suite 315
Chicago, IL 60613
P: (773) 669-4590

Attorneys for Data Fence LLC

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served on October 23, 2024 with a copy of this document via the Court's ECF system.

/s/ Eugene Y. Mar
Eugene Y. Mar