# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

Data Fence LLC,

   Plaintiff,

v.

Twilio Inc.,

   Defendant.

Civil Action No.: 6:24-cv-00515-ADA

## DEFENDANT TWILIO INC.'S FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Twilio Inc. hereby discloses that it has no parent corporation and no publicly held corporation that owns 10% or more of its stock.

DATED: October 25, 2024

/s/ Eugene Y. Mar
Eugene Y. Mar (*admitted*)
James L. Day (*admitted*)
Farella Braun + Martel LLP
One Bush Street, 9th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
emar@fbm.com
jday@fbm.com

Attorneys for Twilio Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served on October 25, 2024 with a copy of this document via the Court's ECF system.

/s/ Eugene Y. Mar
Eugene Y. Mar