IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| DATA FENCE LLC,<br><br>　　　　PLAINTIFF,<br><br>　　v.<br><br>TWILIO INC.,<br><br>　　　　DEFENDANT. | Civil Action No. 6:24-cv-00515-ADA |

**ORDER GRANTING JOINT MOTION FOR FURTHER EXTENSION OF TIME FOR DEFENDANT TWILIO INC. TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Before the Court is Plaintiff Data Fence LLC and Defendant Twilio Inc.'s Joint Motion for Further Extension of Time for Defendant to Answer or Otherwise Respond to the Complaint. After considering the Motion, the Court finds that the jointly agreed upon Motion should be and hereby is GRANTED as follows:

(1)  The deadline for Twilio Inc. to respond to the complaint will be January 13, 2025.

IT IS SO ORDERED.

Dated: _____

　　　　　　　　　　　　　　　　　　　　　　　HONORABLE ALAN D. ALBRIGHT

45945\20025427.1