# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **Data Fence LLC,** | Case No. 6:24-cv-00515-ADA |
| Plaintiff, | Patent Case |
| v. | Jury Trial Demanded |
| **Twilio Inc.,** | |
| Defendant. | |

### ORDER GRANTING PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

The request to dismiss this matter without prejudice is hereby GRANTED.

**SIGNED** this day____ of_____ 2024.

HONORABLE ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE